UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **Davis Yerger,** | : |
| Plaintiff, | : CIVIL ACTION NO. 4:24-cv-1268 |
| v. | : (JUDGE MANNION) |
| **Northumberland County Assistance Office, Pennsylvania Department of Human Services,** | : |
| Defendant. | : |

FILED
SCRANTON
AUG 08 2024
PER _____
DEPUTY CLERK

## ORDER

In accordance with the memorandum filed this same day the Report and Recommendation of Judge Saporito, (Doc. 5), is **ADOPTED IN ITS ENTIRETY** as the decision of the court. Plaintiff's objection, (Doc. 6), is **OVERRULED,** and his complaint, (Doc. 1), is **DISMISSED** with prejudice. The Clerk of Court is directed to **CLOSE** this case.

MALACHY E. MANNION
United States District Judge

DATE: August 8, 2024
24-1268-01 ORDER